UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY LEE BENNETT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 3:19-CV-02638-X-BT |
| v. | § | |
| | § | |
| VETERANS AFFAIRS, et al, | § | |
| | § | |
| *Defendants*. | § | |

# **ORDER**

The Court considers the report of the United States Magistrate Judge in this action, which was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

In her complaint [Doc. No. 3] filed on November 5, 2019, the plaintiff Tommy Lee Bennett alleges that defendant Veterans Affairs Administration violated the First and Fourteenth Amendments of the United States Constitution by failing to provide him full disability benefits owed to him due to his military service in Vietnam. On November 5, 2019, the Magistrate Judge entered proposed findings of fact and recommendations [Doc. No. 6] that the Court should dismiss this case without prejudice because Bennett has failed to pay the filing fee or file a motion to proceed *in forma pauperis*.

Having received the report of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution under Feder Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED** this 18th day of February, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE